# WILENTZ GOLDMAN & SPITZER P.A.

### ATTORNEYS AT LAW

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
(732) 636-8000
Fax (732) 855-6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
(732) 542-4500
Fax (732) 493-8387

110 William Street
26th Floor
New York, NY 10038-3901
(212) 267-3091
Fax (212) 267-3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
(215) 940-4000
Fax (215) 636-3999

Park Building
355 Fifth Avenue
Suite 400
Pittsburgh, PA 15222
(412) 232-0808
Fax (412) 232-0773

*website: www.wilentz.com*

DAVID T. WILENTZ (1919-1988)
G. GEORGE GOLDMAN (1922-1959)
HENRY M SPITZER (1928-1988)

WARREN W. WILENTZ
MORRIS BROWN
FREDERIC K. BECKER
NICHOLAS L SANTOWASSO
RICHARD F. LERT
JOHN A HOFFMAN
STEPHEN E. BARCAN
FRANCIS V. BONELLO
BARRY M EPSTEIN
VINCENT P MALTESE
DAVID M WILDSTEIN
GORDON J GOLUM
MARVIN J. BRAUTH
STUART A HOBERMAN
ANNE S BABINEAU
CHRISTINE D. PETRUZZELL
BRIAN J. MOLLOY
RANDALL J RICHARDS
JOSEPH J JANKOWSKI
DAVID S GORDON
FREDERICK J DENNEHY
ROY H TANZMAN
STEVEN J TRIPP
JAY J. ZIZNEWSKI
ALAN WASSERMAN
JAMES E TRABILSY
MAUREEN S. BINETTI
ANTHONY J PANNELLA, JR
MICHAEL J. BARRETT
MICHAEL F. SCHAFF
ANGELO JOHN CIFALDI
KEVIN M BERRY
JOHN T. KELLY
C. KENNETH SHANK
EDWIN LEAVITT-GRUBERGER
BRUCE M. KLEINMAN
BARRY A COOKE
JON G. KUPILIK
PETER R HERMAN
EDWARD T KOLE
HESSER G. McBRIDE, JR

ERIC JOHN MARCY
ROBERT C. KAUTZ
VIOLA S LORDI
LYNNE M. KIZIS
KEVIN P. RODDY
DANIEL S BERNHEIM 3d
DAVID H. STEIN
DOUGLAS WATSON LUBIC
DOMINICK J. BRATTI
LISA G. GORAB
LAWRENCE F JACOBS
BETH HINSDALE-PILLER
FRED HOPKE
DONALD E TAYLOR
BARRY R SUGARMAN
BRETT R HARRIS
JEFFREY W CAPPOLA
ALFRED M ANTHONY
DARREN M GELBER
MATTHEW M WEISSMAN
WILLIAM J LINTON
DONNA M. JENNINGS
GIOVANNI ANZALONE
PETER A GREENBAUM
WILLARD C SHIH
BLAIR R ZWILLMAN
LAWRENCE C. WEINER
LAURIE E. MEYERS
JOHN M CANTALUPO
BARBARA G. OUACKENBOS
DAVID P. PEPE
JOHN E. HOGAN

OF COUNSEL
ROBERT A. PETITO
HAROLD G SMITH
ALAN B HANDLER
MYRON ROSNER
R. BENJAMIN COHEN

COUNSEL
RUTH D. MARCUS
RICHARD J BYRNES
JAMES P LUNDY
JAMES E TONREY, JR.
DEIRDRE WOULFE PACHECO

ROBERTO BENITES
JONATHAN J BART
YVONNE MARCUSE
ABBY RESNICK-PARIGIAN
BRIAN KALVER
ELLEN TORREGROSSA-O'CONNOR
AMANDA F. SHECHTER
BARBARA J KOONZ
TODD E LEHDER
PHILIP A TORTORETI

ASSOCIATES
LINDA LASHBROOK
LORETTA KIRSCH PRIVES
ELIZABETH C DELL
KELLY A ERHARDT-WOJIE
JEFFREY J BROOKNER
DAWN E MAGUIRE
FRANCINE E. TAJFEL
ALBERTINA WEBB
JOHN P. MURDOCH II
MARY H SMITH
EDWARD J ALBOWICZ
ANNA I MONFORTH
STEPHANIE D GIRONDA
EVERETT M. JOHNSON
ALEX LYUBARSKY
KEVEN H FRIEDMAN
GREGORY D. SHAFFER
JESSICA S. PYATT
LOUIS J SEMINSKI, JR.
DANIEL R LAPINSKI
LAUREN BERSCHLER KARL
MICHAEL F FRIED
MICHELE C. LEFKOWITZ
DASHIKA R. WELLINGTON
ROBERT L. SELVERS
ERIK C ACOSTA
PAMELA R GOLD-ZAFRA
ALYSON M LEONE
VINCENT CHENG
MICHAEL J WEISSLITZ
JONATHAN M BUSCH

JAMIE M BENNETT
MARCELLO DE PERALTA
KEITH L HOVEY
JOSEPH J RUSSELL, JR
JON S POLEVOY
EMILY D. VAIL
CHERYL E. CONNORS
CHAD B SIMON
ANTHONY WILKINSON
DENIZA G. GERTSBERG
DESHA L JACKSON
JAY B FELDMAN
LOUIS A. GREENFIELD
JULIA A LOPEZ
AMY HERBOLD
ERIC I. BUEIDE
DARRON E BEROUIST
DOUGLAS M SILVESTRO
DANIEL J KLUSKA
KARIN K SAGE
MICHAEL L GALVIN
SATISH V POONDI
ERICA A RODRIGUEZ
CARRIE S. FORD

◂ Certified Civil Trial Attorney
□ Certified Criminal Trial Attorney
‡ Certified Matrimonial Attorney
† Certified Workers Compensation Attorney
* National Certified Civil Trial Specialist
  Approved by the ABA
1 Not admitted NJ
2 Admitted NY
3 Admitted PA
4 Admitted CT
5 Admitted DC
6 Admitted MA
7 Admitted MD
8 Admitted VA
9 Admitted CA
10 Admitted FL
11 Admitted PR
12 Admitted VI

Please reply to:
Woodbridge
**Direct Dial: (732) 855-6157**
**Direct Fax: (732) 726-4769**

November 24, 2009



**Via UPS**
Honorable Lawrence M. McKenna
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: **American Medical Ass'n, et al. v. United Healthcare Corp., et al. (S.D.N.Y. Case No. 00 Civ. 2800 (LMM) (GWG)**

Dear Judge McKenna:

Pursuant to your Order of November 17, 2009, we hereby advise you that nothing needs to be redacted from your Memorandum and Order.

Respectfully submitted,

*[signature]*

BARBARA G. QUACKENBOS

BGQ:sdk
cc: All counsel of Record

#3891100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/01/09

*[Handwritten endorsement:]* In light of the responses of all parties to Section 12 of the Court's Memorandum and Order of 11/17/09, that Memorandum and Order will be filed in unredacted form, with the correction of the typographical error pointed out by Ms. Grossman in her letter of 11/20/09. So ordered.

*[signature]* 12/1/09

2009