UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
THE AMERICAN MEDICAL ASSOCIATION, :
  et al.,
                                                          :   Case No. 00 Civ. 2800 & 09 Civ. 7246 (LMM)
                           Plaintiffs,                        (LMM) (GWG)
                                                          :
        -against-
                                                          :
UNITED HEALTHCARE CORPORATION,
  et al.,                                                 :

                           Defendants.                    :
---------------------------------------------------------x

## JUDGMENT DISMISSING ACTION
## AGAINST DEFENDANTS WITH PREJUDICE

In accordance with, and for the reasons set forth in, the Order Approving Settlement, Certifying Settlement Class, and Directing Entry of Final Judgment, entered on October 5, 2010, by the Honorable Lawrence M. McKenna, United States District Judge, this action is dismissed with prejudice as to defendants United Healthcare Corporation, n/k/a UnitedHealth Group Incorporated, United Healthcare Insurance Company, United Healthcare Insurance Company of New York, Inc., United Healthcare of the Midwest, Inc., United Healthcare Services, Inc., United Healthcare Services of Minnesota, Inc., United Healthcare Services Corporation, Ingenix, Inc., Metropolitan Life Insurance Company, and American Airlines, Inc. pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       October 5, 2010

                                          _____
                                          Clerk of the Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE AMERICAN MEDICAL ASSOCIATION, et al., :

                              Plaintiffs, : Case No. 00 Civ. 2800 (LMM)(GWG)

    -against- :

UNITED HEALTHCARE CORPORATION, et al., : CERTIFICATE OF SERVICE

                             Defendants. :

---

I, Susan J. Weiswasser, an attorney duly admitted to practice before this Court, certify that on September 29, 2010, I served the foregoing Notice of Settlement and [Proposed] Order Approving Settlement, Certifying Settlement Class, and Directing Entry of Final Judgment, with exhibits, upon those listed on the attached Service List.

                                                                   _____
                                                                   Susan J. Weiswasser

# SERVICE LIST

## PARTIES' COUNSEL AND OBJECTORS BY EMAIL

Barry M. Epstein, Esq.
Lynne Kizis, Esq.
Barbara G. Quackenbos, Esq..
Shannon Bishop
Wilentz, Goldman & Spitzer P.A.
90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
bepstein@wilentz.com
bquackenbos@wilentz.com
lkizis@wilentz.com
sbishop@wilentz.com

Jonathan Cuneo, Esq. (jonc@cuneolaw.com)
David W. Stanley, Esq. (davids@cuneolaw.com)
Klari Neuwelt, Esq. (kneuwelt@aol.com)
Joseph A. Tabacco, Esq. (jtabacco@bermandevalerio.com)
A. Ross Pearlson, Esq. (rpearlson@sillscummis.com)
James E. Cecchi, Esq. (jcecchi@carellabyrne.com)
Wood R. Foster, Esq. (woodfoster@sbgdf.com)
Paul M. Sod, Esq. (paulmsod@gmail.com)
Jonathan Alpert, Esq. (jonalpert@aol.com)

*Counsel for Plaintiffs*

Jeffrey S. Klein, Esq.
Nicholas J. Pappas, Esq.
Martin Geagan, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Jeffrey.Klein@weil.com
Nicholas.Pappas@weil.com
Martin.Geagan@weil.com

*Counsel for Defendants*

Phyllis Deets
pdeets@gmail.com

*Objector*

OBJECTORS OR OBJECTORS' COUNSEL
<u>BY OVERNIGHT MAIL</u>

Earnest W. Wotring, Esq.
Connelly Baker Wotring LLP
700 JPMorgan Chase Tower
600 Travis Street
Houston TX 77002

Susan J. Levy
40 E 10th Street, Suite 2K
New York, NY 10003

*Counsel to American Surgical Assistants*

Thomas E. Chase, Esq.
Rottenberg Lipman Rich PC
369 Lexington Avenue
New York, NY 10017

*Counsel to Arizona Chiropractic Society*

Scott Odierno, Esq.
Odierno Law Firm
560 Broad Hollow Road
Melville, N Y 11747

*Counsel to Benzion Benatar M.D. et al.*

Karen Chandler
2305 Worthington St, Apt 215
Dallas, TX 75204

Donna Corrow
303 South Prospectors Road
Apache Junction, AZ 85119

Carmen S. Giordano, Esq.
100 Church, Rm. 6-104
New York, NY 10007

*Counsel to Theresa DiCamillo*

Daron L. Tooch, Esq.
Glenn E. Solomon, Esq.
John A. Mills, Esq.
Hooper Lundy & Bookman, P.C.
1875 Century Park East, Suite 1600
Los Angeles, CA 90067-2517

*Counsel to Tarzana & Downey*

Forrest S Turkish, Esq.
Law Office of Forrest S. Turkish
595 Broadway
Bayonne, NJ 07002

Edward F. Siegel, Esq.
27600 Chagrin Blvd.
Cleveland OH 44122

*Counsel to Steven Emmet, M.D. et al.*

Martha Frazer
253 W. 256th Street
Bronx, NY 10471

George & Rita Goodwine
2121 Lakeshore Drive
Monteagle, TN 37356

Leland L. Greene, Esq.
585 Stewart Avenue, Suite 790
Garden City, NY 11530

*Counsel to Daniel Green, M.D., et al.*

Tom Cox, Esq.
4934 Tremont
Dallas, TX 75214

*Counsel to Janis Johnson*

Niki W. Johnson
3141 Hood Street, Suite 200
Dallas, TX 75219

Terry W. Jones
PO BOX 32
Brooker, FL 32622

Don Kozich
601 No. Rio Vista Blvd., #113
Ft. Lauderdale, FL 33301

Robert K. Erlanger, Esq.
122 E 42nd St, Suite 519
New York, NY 10168

*Counsel to Richard Neitzel, et al.*

Myron Pavlon-Blum
350 Central Park West
New York, NY 10025

Thomas A. Crosley, Esq.
755 E Mulberry, Suite 250
San Antonio TX 78212

*Counsel to Samantha Rodriguez*

Charmain Schuh
714 W Cleveland Lane
Lafayette, CO 80026

John J. Pentz, Esq.
2 Clock Tower Place, Suite 440
Maynard, MA 01754

Edward W Cochran, Esq.
2003 Marchmont Road
Shaker Heights, OH 44122

*Counsel to Jeffrey Sinclair et al.*

Philippa H. Solomon
9 Marshall Drive
Edison NJ 08817

Karen P. Klindt, Paralegal
University of Rochester Medical Center
175 Corporate Woods
Bldg 175 - Suite 110
Rochester, NY 14623

*Counsel to University of Rochester
Medical Center*

Samuel Juniper
506 McNeil Avenue
Point Pleasant, WV 25550 - 1723

Wesley T. Fortune
Fortune Huff Law LLC
777 Cherry Hill Drive
Pickerington, OH 43147