UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x

THE AMERICAN MEDICAL
ASSOCIATION, *et al.*,

              Plaintiffs,

-vs-

UNITED HEALTHCARE
CORPORATION, *et al.*,

              Defendants

Master File No.

00 Civ. 2800 (LMM)(GWG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 29 OCT 2010

## NOTICE OF APPEAL FROM
## JUDGMENT APPROVING SETTLEMENT

**PLEASE TAKE NOTICE** that Objector and unnamed Class Member Gleith Cozby, having timely filed his objection to the proposed class action settlement, hereby appeals to the United States Court of Appeals for the Second Circuit from this Court's October 5, 2010 Judgment Approving Settlement Certifying Settlement Class, and Directing Entry of Final Judgment [Dkt. No. 526].

                                      Respectfully submitted,

                                      */s/ Leland L. Greene*
                                      Leland L. Greene
                                      NY Bar No. 1586049
                                      1565 Franklin Avenue – Second Fl.
                                      Mineola, New York  11501
                                      Tel:  (516) 746-3800
                                      Fax:  (516) 222-6577
                                      E-mail:  *LGreeneLAW@aol.com*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/05/2010
```

------------------------------------------------------------x
THE AMERICAN MEDICAL ASSOCIATION,  :
   et al.,
                                               :   Case No. 00 Civ. 2800 & 00 Civ. 7246 (LMM)
             Plaintiffs,        (LMM) (GWG)
                                               :
   -against-
                                               :
UNITED HEALTHCARE CORPORATION,
   et al.,
                                               :
             Defendants.      :
------------------------------------------------------------x

## JUDGMENT DISMISSING ACTION
## AGAINST DEFENDANTS WITH PREJUDICE

In accordance with, and for the reasons set forth in, the Order Approving Settlement, Certifying Settlement Class, and Directing Entry of Final Judgment, entered on October 5, 2010, by the Honorable Lawrence M. McKenna, United States District Judge, this action is dismissed with prejudice as to defendants United Healthcare Corporation, n/k/a UnitedHealth Group Incorporated, United Healthcare Insurance Company, United Healthcare Insurance Company of New York, Inc., United Healthcare of the Midwest, Inc., United Healthcare Services, Inc., United Healthcare Services of Minnesota, Inc., United Healthcare Services Corporation, Ingenix, Inc., Metropolitan Life Insurance Company, and American Airlines, Inc. pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       October 5, 2010

                                                        _____
                                                        Clerk of the Court

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE AMERICAN MEDICAL ASSOCIATION, et al.,

               Plaintiffs,

-against-

UNITED HEALTHCARE CORPORATION, et al.,
               Defendants.

Case No. 00 Civ. 2800 (LMM)(GWG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/2010

### MOTION FOR AN ORDER GRANTING FINAL APPROVAL OF THE PROPOSED SETTLEMENT AND MOTION OF CLASS COUNSEL FOR AWARD OF ATTORNEYS FEES, REIMBURSEMENT OF EXPENSES AND COMPENSATORY PAYMENTS TO CLASS REPRESENTATIVE PLAINTIFFS

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 23(e), and upon the accompanying papers, and upon all prior proceedings and pleadings had herein, Class Plaintiffs will move this Court before the Honorable Lawrence M. McKenna, United States District Judge for the Southern District of New York, on September 13, 2010 at 10:30 A.M. or as soon thereafter as counsel can be heard, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order granting Final Approval of the Proposed Settlement. Defendants join in this Motion and will be submitting a separate memorandum of law in support.

PLEASE TAKE FURTHER NOTICE that, pursuant to Fed. R. Civ. P. 23(h), and on the accompanying papers, Class Counsel will move this Court for an Award of Attorneys Fees, Reimbursement of Expenses and Compensation to Class Representative Plaintiffs as follows:

    1. An award of $87,500,000, representing 25% of the Cash Settlement Fund, not including interest of approximately $12,000,000.00 that has been earned;

    2. An award of $1,500,000 for expenses incurred by Class Counsel in the prosecution of this Action; and

RECEIVED
IN CHAMBERS
AUG 27 2010
LAWRENCE M. McKENNA
USDJ    SDNY

  3. Compensatory awards of $25,000.00 for each of the individual Class Representative Plaintiffs.

Pursuant to the Court's Order of August 24, 2010, any Settlement Class Member who has submitted an objection to the request for fees and expenses must file any answering papers to the Rule 23(h) motion for Award of Attorneys Fees, Reimbursement of Expenses and Compensation to Class Representative Plaintiffs by September 10, 2010.

           Respectfully submitted,

           POMERANTZ HAUDEK
           GROSSMAN & GROSS LLP

           _/s/ D. Brian Hufford_
           D. Brian Hufford

Motion granted. After consideration of the Grinnell factors (see City of Detroit v. Grinnell Corp., 495 F.2d 448, 2d Cir., 1974), the Court finds the settlement to be fair, adequate and reasonable. The Court has considered all objections and finds none persuasive. The fees and expenses and compensatory awards are reasonable in light of the complexity of the case and the result (and notes, regarding the objections of the AMA and others, that the criticism/objections of the Wilensky firm and others assisted the Court in better understanding the issues, and that the 5-day hearing that all objectors watched in enabled the final approval hearing to be completed in less than one full day). The Court is persuaded by defendants' arguments that the settlement does not involve any violation of ERISA. Submit judgment on notice. So ordered.

           _/s/_
           (LMM) 9/20/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

THE AMERICAN MEDICAL ASSOCIATION,   00 Civ. 2800 (LMM) (GWG)
et al.

            Plaintiffs,   **CERTIFICATE OF SERVICE**

- against -

UNITED HEALTHCARE CORPORATION,
et al.

            Defendants.
———————————————————————X

    **Leland L. Greene,** an attorney admitted to practice law before the Courts of the State of New York and this Court, certify under the penalties of perjury that I served the foregoing Notice of Appeal and Notice of Change of Address upon those listed on the attached Service List.

Dated:  Garden City, New York
        October 28, 2010

                              Law office of LELAND L. GREENE

                              Leland L. Greene, Esq. (LG 8074)
                              1565 Franklin Avenue- Second Fl.
                              Mineola, New York 11501
                              TEL  (516) 746-3800
                              FAX  (516) 222-6577
                              e-mail:  *LGreeneLAW@aol.com*

## PARTIES COUNSEL AND OBJECTORS
## SERVICE BY E-MAIL

Barry M. Epstein, Esq.
Lynne Kizis, Esq.
Barbara G. Quackenbos, Esq.
Shanno Bishop, Esq.
Wiletz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
bepstein@Wilentz.com
bquackenbos@Wilentz.com
Lkizis@Wilentz.com
Sbishop@Wilentz.com

Johantan Cuneo, Esq
David W. Stanley, Esq.
507 C Street, N.E.
Washington, D.C. 20002
(jonc@Cuneolaw.com)
(davids@Cuneolaw.com)

Klari Neuwelt Esq.
110 East 59 Street
New York, NY 10022
(kneuwelt@aol.com)

Joseph A Tabacco, Esq.
One California Street - Suite 900
San Francisco, CA 94111
(Jtabacco@bermandevalerio.com)

A. Ross Pearlson, Esq.
Sills Cunnis & Gross PC
Legal Center-1 Riverfront Plaza
Newark, NJ 07102
(Rpearlson@sillscummis.com)

James E. Cecchi, Esq.
Carella, Byrne, Cecchi & Olstein
5 Becker Farm Road
Roseland, NJ 07068
(Jcecchi@carellabyrne.com)

Wood R. Foster, Esq.
Siegel, Grill, Greupner, Duffy & Foster, PA
1300 Washington Square
100 Washington Ave. South
Minneapolis, MN 55401
(Woodfoster@sbgdf.com)

Paul M. Sod, Esq.
337 R Central Avenue
Lawrence, NY 11559
(Paulmsod@gmail.com)

Jonathan B. Alper, Esq.
274 Kipling Court
Heathrow, FL 32746
(Jalper@alperlaw.com)

*Counsel for Plaintiffs*

Jeffrey S. Klein, Esq.
Nicholas J. Pappas, Esq.
Martin Geagan, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Jeffrey.Klein@weil.com
nicholas.Papas@weil.com
Martin.Geagan@weil.com

*Counsel for Defendants*

**OBJECTORS AND OBJECTOR'S COUNSEL**
**SERVICE BY E-MAIL OR FIRST CLASS MAIL**

Ms. Phyllis Deets (pdeets@gmail.com)
2512 Chambers Road 202
Tustin, CA 99737

*Objector*

Earnest W. Wotring, Esq.
Connelly Baker & Wotring LLP
700 JP Morgan Chase Tower
600 Travis Street
Houston TX 77002
ewotring@connellybaker.com

Susan J. Levy, Esq.
40 East 10TH Street - Suite 2K
New York, NY 10003
Susanjlevy@aol.com

*Counsel to American Surgical Assistants*

Thomas E. Chase, Esq.
Rottenberg Lipman Rich, PC
369 Lexington Avenue
New York, NY 10017
tchase@rlrpclaw.com

*Counsel to Arizona Chiropractic Society et al.*

Scott Odierno, Esq.
Odierno Law Firm
560 Broad Hollow Road - Suite 102
Melvill, NY 11747

*Counsel to Benzion Benatar, M.D.*

Ms. Donna Corrow
303 South Prospectors Road
Apache Junction, AZ 85119
*Objector*

Carmen S. Giordano, Esq.
100 Church Street - Rm. 6-104
New York, NY 10007
carmen@csgiordano.com

*Counsel to Theresa DiCamillo*

Darron L. Tooch, Esq.
Glenn E. Solomon, Esq.
John A. Mills, Esq.
Hooper, Lundy & Bookman, PC
1875 Centruy Park East - Suite 1600
Los Angeles, CA 90067-2517
Dtooch@health-law.com
Gsolomon@health-law.com
jmills@health-law.com

*Counsel to Tarzana & Downey*

Forrest S. Turkish, Esq.
Law Office of Forrest S. Turkish
595 Broadway
Bayonne, NJ 07002

Edward F. Siegel, Esq.
27600 Chagrin Blvd
Cleveland, OH 44122
efsiegel@efslaw.com

*Counsel to Steven Emmet, M.D. et al.*

Ms. Martha Frazer
253 W. 256TH Street
Bronx, NY 10471

*Objector*

George & Rita Goodwine
2121 Lakeshore Drive
Monteagle, TN 37356

*Objector*

Tom Cox, Esq.
4934 Tremont
Dallas, TX 75214
tom@coxlegal.com

*Counsel to Janis Johnson*

Myron Pavlon-Blum
350 Central Park West
New York, NY 10025

Thomas A. Crosley, Esq.
755 E. Mulberry-Suite 250
San Antonio, TX 78212

*Counsel to Samanth Rodriguez*

Ms. Charmain Schuh
714 W. Cleveland Lane
Lafayette, CO 80026

John J. Pentz, Esq.
2 Clock Tower Place -Suite 440
Maynard MA 01754
clasaxn@earthlink.com

Edward W. Cocchran Esq.
2003 Marchmont Road
Shaker Heights, OH 44122
edwardcochran@wowway.com

*Counsel to Jeffrey Sinclair et al.*

Ms. Philippa H. Solomon
9 Marshall Drive
Edison, NJ 08819

*Objector*

Karen P. Klindt, Paralegal
University of Rochester Medical Center
175 Corporate Woods
Bld 175 - Suite 110
Rochester, NY 14623

*Counsel to University of Rochester Medical Center*

Mr. Samuel Juniper
506 McNeil Avenue
Point Pleasant, WV 25550-1723

*Objector*

Niki W. Johnson
3141 Hood Street - Suite 200
Dallas, TX 75219

Terry W. Jones
P.O. Box 32
Brooker, FL 32622

Don Kozich
601 No. Rio Vista Blvd-Suite #113
Ft. Lauderdale, FL 33301

Robert K. Erlanger, Esq.
122 East 42ND Street-Suite 519
New York, NY 10168

*Counsel to Richard Neitzel, et al.*

Mr. Wesley T. Fortune
Fortune Huff Law LLC
777 Cherry Hill drive
Pickerington, OH 43147
wes@walkerlawohio.com