# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

THE AMERICAN MEDICAL ASSOCIATION,
et al.,

            Plaintiffs,

         -against-

UNITED HEALTHCARE CORPORATION,
et al.,

            Defendants

Master File No.

00 Civ. 2800 (LMM)(GWG)

## AFFIDAVIT OF SERVICE FOR GLEITH COZBY'S RESPONSE TO BOND MOTION FILED AND SERVED ON DECEMBER 3RD

Leland L. Greene, an attorney admitted to practice law before this Court, certifies under the penalties of perjury that Objector/Appellants Gleith Cozby's *Response to Plaintiffs' Motion to Require Posting of A Rule 7 Appeal Bond* was served electronically to the following counsel of record on December 3, 2010:

Alan Ross Pearlson rpearlson@sillscummis.com

Barbara Gail Quackenbos bquackenbos@wilentz.com, sbishop@wilentz.com

Kevin M. Berry berryk@wilentz.com

Thomas Everett Chase tchase@rlrpclaw.com

Barry M. Epstein bepstein@wilentz.com

Jonathan Watson Cuneo jonc@cuneolaw.com

Don Brian Hufford dbhufford@pomlaw.com

Stanley Merrill Grossman SMGrossman@pomlaw.com

Daniel J. Buzzetta buzzettad@gtlaw.com, gtcourtalert@gtlaw.com, schaefferc@gtlaw.com

Robert Keith Erlanger rke@erlangerlaw.com

Lindsey Handley Taylor ltaylor@carellabyrne.com, jspera@carellabyrne.com, usdcef@carellabyrne.com

Blair Courtney Fensterstock bfensterstock@fensterstock.com

Penny Packard Reid penny.reid@weil.com, MCO.ECF@weil.com

Carmen S. Giordano carmen@csgiordano.com

Paul Martin Sod paulmsod@gmail.com

Kevin Peter Roddy kroddy@wilentz.com

Edward Frank Siegel efsiegel@efs-law.com

Michele C. Lefkowitz mlefkowitz@wilentz.com

Brooke Katherine Haley bhaley@fensterstock.com

Eugene David Kublanovsky ekublanovsky@fensterstock.com

Notice has been delivered by other means to:

Wilentz, Goldman & Spitzer, P.C.
Wilentz, Goldman & Spitzer, P.C.
Wall Street Plaza
88 Pine Street, 9th Floor
New York, NY 10005

David George
Connelly, Baker, Wotring LLP
600 Travid, 700 JPMorgan Chase Tower
Houston, TX 77002

David Wallace Stanley
Cuneo, Waldman & Gilbert, L.L.P.
507 C Street N.E.
Washington, DC 20002

Earnest W. Wotring
Connelly Baker Wotring LLP
600 Travis
700 JPMorgan Chase Tower
Houston, TX 77002

Eric J. Marcy

Wilentz, Goldman & Spitzer P.A.

John A Mills
Hooper, Lundy & Bookman PC
1875 Century Park East, Suite 1600
Los Angeles, CA 90067

Jonathan L. Alpert
The Alpert Law Firm, PA
5920 River Terrace
Tampa, Fl 33601

Jordan M. Lewis
Siegel Brill Greuppner Duffy & Foster PA
100 Washington Avenue South
Suite 1300
Minneapolis, MN 55401

Joseph A. Garofolo
Garofolo & Doyle, PC
22 Battery Street, Suite 1000
San Francisco, CA 94111

Dated: December 7, 2010

Law office of LELAND L. GREENE

Leland L. Greene, Esq. (LG 8074)
1565 Franklin Avenue- Second Fl.
Mineola, New York 11501
TEL   (516) 746-3800
FAX   (516) 222-6577
e-mail:  *LGreeneLAW@aol.com*